UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

CASE NO. **CR 23-0468-TJH**                                              Date: JUNE 4, 2024

HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Maria Bustillos | Brittney M. Harris |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |

| **HAYK MARTIROSYAN** | George G. Magdesyan, rtnd | Yvette Hovespian Bearce |
|---|---|---|
| Defendant | DFPD/APPTD/RTND/Counsel | Interpreter-Armenian |

**SENTENCE:**

X     REFER TO SEPARATE JUDGMENT AND PROBATION/COMMITMENT ORDER and SEE BELOW
X     Other: Statement of Reasons pursuant to the transcript of proceedings.
X     Filed and distributed judgment. **JS-3.**

cc: USM,  FISCAL

:10

Deputy Clerk Initials  YS

CR 90 (5/15)            CRIMINAL MINUTES - SENTENCING AND JUDGMENT