# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

*AMENDED*

**CASE NO. CR 23-0468-TJH**  Date: *JUNE 3, 2024*

HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Maria Bustillos | Brittney M. Harris |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |
| **HAYK MARTIROSYAN** | George G. Magdesyan, rtnd | Yvette Hovespian Bearce |
| Defendant | DFPD/APPTD/RTND/Counsel | Interpreter-Armenian |

**SENTENCE:**

__X__  REFER TO SEPARATE JUDGMENT AND PROBATION/COMMITMENT ORDER and SEE BELOW
__X__  Other: Statement of Reasons pursuant to the transcript of proceedings.
__X__  Filed and distributed judgment. JS-3.

cc: USM,   FISCAL

*:10*

Deputy Clerk Initials __YS__

CR 90 (5/15)          CRIMINAL MINUTES - SENTENCING AND JUDGMENT